UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMILE SAINT THOMPSON,<br><br>    Plaintiff,<br><br>         v.<br><br>VENTURA SHERIFF DEPARTMENT, et al.,<br><br>    Defendants. | Case No. CV 16-8974 SJO(JC)<br><br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

On December 5, 2016, plaintiff, who is/was then in custody and is proceeding *pro se*, filed a Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C. § 1983 and a Request to Proceed Without Prepayment of Filing Fees ("First IFP Request"). On December 8, 2016, the Court issued an order ("December Order") denying the IFP Request and dismissing the action without prejudice unless plaintiff paid the full filing fee within thirty (30) days. As explained in detail in the December Order, plaintiff's history of filing civil rights complaints renders him ineligible to proceed without the prepayment of the full filing fee in this action pursuant to Title 28, United States Code, Section 1915(g) ("Section 1915(g)") – the "three strikes" provision of the Prison Litigation Reform

Act, Pub. L. No. 104-134, 110 Stat. 1321 § 804(d) – and the Complaint does not plausibly allege that plaintiff is exempt from Section 1915(g) based on imminent danger of serious physical injury.

On December 22, 2016, plaintiff filed a motion seeking reconsideration of the December Order. On January 5, 2017, this Court denied such motion but extended plaintiff's deadline to pay the full filing fee to January 19, 2017.

On January 1, 2017, plaintiff formally filed another Request to Proceed Without Prepayment of Filing Fees ("Second IFP Request"). On January 24, 2017, plaintiff formally filed a motion to further extend his deadline to pay the full filing fee ("Extension Motion"). Plaintiff filed a Notice of Change of Address on January 30, 2017, providing his new address of record ("Updated Address of Record").

On February 9, 2017, this Court issued an order ("February Order"): (1) denying the Second IFP Request for the same reasons that it denied the First IFP Request; and (2) granting petitioner's Extension Request and affording him until February 21, 2017 to pay the full filing fee. The February Order expressly cautioned plaintiff in bold-face print that his failure timely to pay the full statutory filing fee by the foregoing deadline would result in dismissal of this action without prejudice. The February Order was sent to plaintiff at his Updated Address of Record. Nonetheless, on February 28, 2017, the February Order was returned with notations that it was "not deliverable as addressed, unable to forward" and that it should be returned to sender as plaintiff was "not in custody" at such facility.

As plaintiff is not entitled to proceed without prepayment of the full filing fee, and as he has been afforded multiple extensions of time to pay the full filing fee and has not done so, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice.

DATED: March 3, 2017       _S. James Otero_____

                         HONORABLE S. JAMES OTERO
                         UNITED STATES DISTRICT JUDGE